# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2015

## NO. 03-14-00647-CV

**DK&G Management Inc. d/b/a Lifeline Aquatics Inc.,**
**David Grubbs and Kerry Evans, Appellants**

**v.**

**Evgeny Bystroy, Mikhail Moskalenko, Anna Panfilova and Elena Rybalko, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on July 11, 2014. Having reviewed the record, the Court holds that the appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.